JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 552-6031
    Facsimile:     (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0257 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| WALTER BUSTAMANTE, | ) ) | |
| Defendant. | ) ) | |

    The parties appeared before the Honorable William H. Alsup on April 13, 2010.  With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 13, 2010 to April 27, 2010, in light of the need for defense counsel to review discovery and to conduct further investigation.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. Walter Bustamante, CR 10-0257    1

1  into account the exercise of due diligence and the need for counsel to review discovery and to
2  conduct further investigation.
3     2. Given these circumstances, the Court found that the ends of justice served by excluding
4  the period from April 13, 2010 to April 27, 2010, outweigh the best interest of the public and the
5  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
6     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
7  April 13, 2010 to April 27, 2010, be excluded from the Speedy Trial Act calculations under 18
8  U.S.C. § 3161(h)(7)(A) and (B)(iv).

10  SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
12                                  United States Attorney

14  DATED: April 13, 2010            /s/
                                    PATRICIA SPALETTA
15                                  Assistant United States Attorney

17  DATED: April 13, 2009            /s/
                                    JODI LINKER
18                                  Counsel for Walter Bustamante

20  SO ORDERED.

22  DATED: April 26, 2010.
                                    _____
23                                  THE HON. WILLIAM ALSUP
                                    United States District Judge

IT IS SO ORDERED
Judge William Alsup

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. Walter Bustamante, CR 10-0257                                                      2